**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jeremiah M. Greenwood
        Plaintiff,

v.              Case No.: 1:22–cv–07169
              Honorable Ronald A. Guzman

Five Guys Operations, LLC
        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 11, 2023:

  MINUTE entry before the Honorable Ronald A. Guzman: In his response to Defendant's motion to compel arbitration, Plaintiff concedes that arbitration is appropriate and asks the Court to stay the case pending arbitration or, in the alternative, dismiss the case without prejudice. Given that the case was just filed and no substantive proceedings have occurred, the Court finds that dismissal without prejudice is the most appropriate manner of resolving this case while the parties proceed with arbitration. Accordingly, the case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Civil case terminated. Mailed notice. (kp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.